UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | Case No. 1:19-cv-978 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| SUMMIT BEHAVIORAL HEALTHCARE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE (Doc. 4) AND
TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on December 2, 2019, submitted a Report and Recommendation, recommending that the Court: (1) dismiss Plaintiff's Complaint with prejudice; and (2) deem Plaintiff a vexatious litigator.[1] (Doc. 4). Plaintiff did not file any objections.

Instead of filing objections, Plaintiff filed two "notices" and a "complaint" (the "Filings"). (Docs. 5, 6, 8). On review, the Filings contain the same type of illogical and

---

[1] Since 2017, Plaintiff has filed over a dozen lawsuits, almost all of which have been dismissed as frivolous on initial screening. *See, e.g.*, Case Nos. 1:17-cv-209, 1:17-cv-210, 1:17-cv-211, 1:17-cv-505, 1:17-cv-710, 1:18-cv-433, 1:18-cv-478, 1:18-cv-584, 1:18-cv-685, 2:18-cv-1101, 2:18-cv-1225, 2:18-cv-1251, 1:20-cv-52, 1:20-cv-56, 1:20-cv-64.

incomprehensible allegations as the Complaint.[2] (Doc. 3). As such, the Filings only strengthen the Magistrate Judge's conclusion that the Complaint should be dismissed for failure to state a claim. (Doc. 4).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** in its entirety;

2. To the extent the Filings can be construed as objections, the Filings (Docs. 5, 6, 8) are **OVERRULED** in their entirety;

3. Plaintiff's Complaint (Doc. 3) is **DISMISSED** with prejudice;

4. The Court **DEEMS** Plaintiff a vexatious litigator and **ENJOINS** her from filing any new actions in this Court without submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio, stating that there is a good faith basis for the claims Plaintiff seeks to assert;[3]

5. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*; and

6. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

---

[2] Additionally, one of the Filings includes pictures of an attorney's business card, a banker's business card, and an individual with a facial injury. (Doc. 8). However, that Filing does not provide the Court with any explanation as to why these pictures are included. (*Id.*)

[3] Contemporaneous with this Order, the Court is issuing another Order, in another of Plaintiff's cases, also deeming Plaintiff a vexatious litigator. *See* Case No. 1:20-cv-56.

**IT IS SO ORDERED.**

Date:   5/7/2020                                             s/Timothy S. Black
                                                            Timothy S. Black
                                                            United States District Judge